IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARCEL PORCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 9311 |
| | ) | |
| SHERIFF THOMAS DART COOK COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court issued its October 7, 2016 memorandum order ("Order") in this action sua sponte because of a potentially fatal flaw disclosed by the Complaint and its attached exhibits filed by pro se plaintiff Darcel Porch ("Porch") -- the indisputable untimeliness of her Complaint of Employment Discrimination, which was filed more than 90 days after receipt of EEOC's right-to-sue letter. Because of the possibility (though perhaps unlikelihood) that Porch's targeted ex-employer might choose not to seek dismissal on grounds of such untimeliness, this Court transmitted copies of the Order to named defendant Sheriff Thomas Dart and the Cook County State's Attorney's Office, stating this Court's intention to await word from them on that score.

This Court has just received the attached self-explanatory letter from the Office of the State's Attorney, stating "that Defendants would choose to seek dismissal of this complaint on the timeliness grounds you identify in your Order." And that being the case, both the Complaint and this action are indeed dismissed with prejudice because of their out-of-time filing.

_____
Milton I. Shadur
Date: October 21, 2016                Senior United States District Judge



## OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

ANITA ALVAREZ
STATE'S ATTORNEY

PATRICIA M. FALLON
ASSISTANT STATE'S ATTORNEY
SUPERVISOR, LABOR & EMPLOYMENT SECTION

WRITER'S E-MAIL ADDRESS:
PATRICIA.FALLON@COOKCOUNTYIL.GOV

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602
(312) 603-5440

WRITER'S DIRECT LINE:
(312) 603-7202

WRITER'S DIRECT FAX:
(312) 603-3000

October 20, 2016

### *VIA HAND DELIVERY*

The Honorable Milton I. Shadur
Chambers Room 2388
United States District Court
219 South Dearborn
Chicago, IL 60602

Re: *Darcel Porch v. Sheriff Thomas Dart Cook County; Case No. 16 C 9311*

Dear Judge Shadur:

I am in receipt of your Memorandum Order dated October 7, 2016 in the above-referenced matter. As you correctly state in your Order, the Cook County State's Attorney's Office regularly represents the Sheriff in litigation matters and, assuming this complaint is properly served on Defendants at some future date, my Office will be representing the Sheriff's Office. In response to your Order, I write to clarify that Defendants would choose to seek dismissal of this complaint on the timeliness grounds you identify in your Order.

Should you require additional information, please do not hesitate to contact me directly. Thank you for your attention to this matter.

Very truly yours,

Patricia M. Fallon
Assistant State's Attorney

cc: Darcel Porch, Via U.S. Mail

ATTACHMENT